UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANIT WILLIAMS

Case No.:  16-12298 RG
Adv. No.:
Hearing Date: October 5, 2016
Judge: Rosemary Gambardella

## ORDER REINSTATING AND EXTENDING DEBTOR'S CHAPTER 13 BANKRUPTCY STAY THROUGH THE DURATION OF THE CHAPTER 13 CASE AND PLAN

The relief set forth on the following page is hereby ORDERED.

**DATED: October 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the Motion of Dionne L. Wade, Esq., attorney for the Debtor, Janit Williams, and for good cause shown, it is

**ORDERED** as follows:

1) Debtor's Chapter 13 Bankruptcy Stay is hereby Reinstated Throughout the Duration of Debtor's Chapter 13 Bankruptcy Case and Plan;

2) In addition, Debtor must do the following:

The successful party shall serve this Order on Debtor, the Chapter 13 Bankruptcy Trustee, and all parties who entered an appearance on this Motion.

Dated: _____     _____
                                                                HON.