UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANIT WILLIAMS

Case No: 16-12298 RG
Adv. No.:
Hearing Date: October 5, 2016
Judge: Rosemary Gambardella

# ORDER REINSTATING AND EXTENDING DEBTOR'S CHAPTER 13 BANKRUPTCY STAY THROUGH THE DURATION OF THE CHAPTER 13 CASE AND PLAN

The relief set forth on the following page is hereby ORDERED.

**DATED: October 11, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the Motion of Dionne L. Wade, Esq., attorney for the Debtor, Janit Williams, and for good cause shown, it is

**ORDERED** as follows:

1) Debtor's Chapter 13 Bankruptcy Stay is hereby Reinstated Throughout the Duration of Debtor's Chapter 13 Bankruptcy Case and Plan;

2) In addition, Debtor must do the following:

The successful party shall serve this Order on Debtor, the Chapter 13 Bankruptcy Trustee, and all parties who entered an appearance on this Motion.

Dated: _____                    _____
                                                                                    HON.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12298-RG
Janit Williams                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db             +Janit Williams,   211 Lawrence Street,   Paterson, NJ 07501-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Dionne L. Wade    on behalf of Debtor Janit  Williams dionnewade@optonline.net
      Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                     TOTAL: 3