| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates Series 2007-1 |
| In Re:<br><br>Janit Williams,<br><br>Debtor. |

Order Filed on October 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-12298-RG
Adv. No.:
Hearing Date: June 1, 2016

Judge: Rosemary Gambardella

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: October 12, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:        Janit Williams
Case No.:    16-12298-RG
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates Series 2007-1, the holder of a mortgage on property known as 211 Lawrence Place, Paterson, NJ 07501, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for the Secured Creditor and Dionne L. Wade, attorney for Debtor, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the subject property's value is set at $190,000.00 for the purposes of this Chapter 13 bankruptcy proceeding; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Debtor shall pay the value of the loan in full over 60 months through Debtor's Chapter 13 plan; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the interest rate on the amount to be paid to Secured Creditor is hereby set at 6%; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the total amount to be paid to Secured Creditor is $220,394.00 for the value of its lien at the time of filing including interest, and said amount shall be paid through Debtor's Chapter 13 plan; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in addition to the $220,394.00, Debtor shall repay all post-petition escrow advances made up until September 1, 2016 through Debtor's Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that as of September 20, 2016, Debtor shall pay all tax, insurance, and any other escrow items directly, as this this will no longer be an escrowed loan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the total amount of post-petition escrow advances to be paid through the plan is $7,051.23, broken down as follows:

- 03/25/2016 - $2,571.39 (taxes)
- 04/29/2016 - $2,041.64 (taxes)
- 09/09/2016 - $2,438.20 (taxes)

Page 3
Debtor:       Janit Williams
Case No.:     16-12298-RG
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event Secured Creditor makes any additional escrow disbursements after September 20, 2016, Debtor shall have 30 days to cure same or Secured Creditor may file a motion for relief from stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that upon successful completion of said payments, repayment of all post-petition escrow advances, and receipt of a discharge in this Chapter 13 proceeding, this lien shall be released and extinguished; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, shall file a release of the lien with the recorder of deeds in the County of Passaic for the underlying mortgage within 30 days of the completion of the plan payments, repayment of outstanding escrow advances, and receipt of discharge; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event Secured Creditor fails to discharge the mortgage within the prescribed period, the Debtor and/or Debtor's counsel may record with the recorder of deeds a certified or exemplified copy of this order, along with a copy of the bankruptcy discharge order, which shall have the same force and effect of a discharge of mortgage.

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall have an unsecured claim in the amount listed on its Proof of Claim; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Debtor complies with the disclosures set forth in 11 U.S.C. 521 (f).

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-12298-RG
Janit Williams                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 13, 2016
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2016.
db            +Janit Williams,    211 Lawrence Street,    Paterson, NJ 07501-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Dionne L. Wade    on behalf of Debtor Janit  Williams dionnewade@optonline.net
      Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                              TOTAL: 3