Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  16−12298−RG
                            Chapter:  13
                            Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janit Williams
   211 Lawrence Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−4352

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/5/17 at 10:30 AM

to consider and act upon the following:

*52* − Objection to Application for Retention of Professional (related document:49 Application For Retention of Professional Dionne L. Wade as Attorney (Personal Injury) Filed by Dionne L. Wade on behalf of Janit Williams. Objection deadline is 3/16/2017. filed by Debtor Janit Williams) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/17/17

                                                                                 Jeanne Naughton
                                                                                 Clerk, U.S. Bankruptcy Court