UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

   JANIT WILLIAMS

Order Filed on April 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-12298 RG

Hearing Date:  4/5/2017

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: April 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:   16-12298 RG

Caption of Order:        ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/22/2016, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 3/1/2016, the Debtor shall pay the Standing Trustee

    the sum of $62,168.08 paid into date over 13 month(s), and then

    the sum of $4,070.00 for a period of 47 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must keep the Standing Trustee updated with the status of the personal injury case and any non-exempt proceeds of said claim shall be contributed to the plan for the benefit of creditors; and it is further

- ORDERED, that the exemption of personal injury claim to be finalized upon further order of the Court; and it is further

- ORDERED, that Special Counsel must be retained by order of the Bankruptcy Court by 4/30/2017 or the case will be dismissed; and it is further

- ORDERED, that Special Counsel must provide periodic status updates and may not disburse funds from any settlement or verdict absent a motion to approve settlement and disbursement filed and ordered through the Bankruptcy Court; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,219.00.  The unpaid balance of the allowed fee in the amount of $1,000.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Janit Williams  
    Debtor

Case No. 16-12298-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 11, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.  
db          +Janit Williams,   211 Lawrence Street,    Paterson, NJ 07501-1130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Dionne L. Wade    on behalf of Debtor Janit  Williams dionnewade@optonline.net  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                                 TOTAL: 3