Dionne L. Wade, Esq. 2274
Law Office of Dionne Wade
1301 Main Avenue, 2nd Floor
Clifton, New Jersey 07011
Attorney for Debtor: Janit Williams

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re:<br><br>JANIT WILLIAMS | Chapter:  13<br><br>Case No.:  16-12298 RG<br><br>Hearing Date : 04.17.2017 at 10:00 a.m. |
|---|---|

**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Debtor, Janit Williams objects to Trustee's Motion to Dismiss the instant Chapter 13 Bankruptcy case, respectfully responds as follows:

- Debtor's counsel will appear on the date of the hearing to resolve the issues outlined in the Chapter 13 Bankruptcy Trustee's Motion to Dismiss

WHEREFORE, Debtor, Janit Williams, prays the Trustee's Motion be denied.

Dated: April 10, 2019          By:     /S/ Dionne L. Wade
                                       Dionne L. Wade, Esq.
                                       Attorney for the Debtor, Janit Williams