Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−12298−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janit Williams
   211 Lawrence Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−4352

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/5/19 at 10:00 AM

to consider and act upon the following:

*70* − Objection to Application for Retention of Professional (related document:68 Application For Retention of Professional Dionne Wade as Special Counsel Filed by Dionne L. Wade on behalf of Janit Williams. Objection deadline is 5/1/2019. (Attachments: # 1 Certification) filed by Debtor Janit Williams) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 4/26/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court