UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANIT WILLIAMS

Case No.:  16-12298

Chapter:  13

Judge:  Rosemary Gambardella

## ORDER AUTHORIZING RETENTION OF

### DIONNE L. WADE

The relief set forth on the following pages is **ORDERED**

**DATED: July 19, 2019**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Dionne L. Wade, Esq. as counsel in a Personal Injury matter, it is hereby **ORDERED**:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1301 Main Avenue, 2nd Floor, Clifton, New Jersey 07011.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.