UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANIT WILLIAMS

Case No.: 16-12298

Chapter: 13

Judge: Rosemary Gambardella

## ORDER AUTHORIZING RETENTION OF

## DIONNE L. WADE

The relief set forth on the following pages is **ORDERED**

DATED: July 19, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Dionne L. Wade, Esq. as counsel in a Personal Injury matter, it is hereby **ORDERED**:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1301 Main Avenue, 2nd Floor, Clifton, New Jersey 07011.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Janit Williams  
    Debtor

Case No. 16-12298-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019  
               Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.  
db           +Janit Williams,   211 Lawrence Street,   Paterson, NJ 07501-1130  
aty          Dionne L. Wade,   1301 Main Street,   2 Floor,   Clifton, NJ   07011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Dionne L. Wade    on behalf of Debtor Janit   Williams dionnewade@optonline.net  
         Marie-Ann   Greenberg    magecf@magtrustee.com  
                                                                                              TOTAL: 3