UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Janit Williams

Case No.: 16-12298

Chapter: 13

Judge: Gambardella

## CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____ Dionne L. Wade _____, Esquire, certifies as follows:

## NON-STANDARD FEES

> Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A: $2,500 obtaining a cram-down and strip-off of Debtor's mortgage

Describe non-standard expenses in detail:

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   $3,190.00

   To date, I have received:   $3,190.00

3. I seek compensation for services rendered in the amount of $ 4,900.00 payable:

   ☒ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☒ This allowance will impact on plan payments.

   Present plan:    $ 4,070.00   per month for   60   months.

   Proposed Plan:   $ 6,520   per month for   2   months.

3

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

☒ Prosecution of motion on behalf of debtor.                                                             $500.00

    Nature of motion:    Motion to Reinstate Stay

    Hearing date(s):    10.12.2016


☒ Defense of motion on behalf of debtor (Including filing                                  $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:    Trustee's Motion to Dismiss

    Hearing date(s):    05.19.2021


☒ Additional court appearance(s). (Not to exceed three).                                   $100.00

    Purpose:    Creditor's Objection to Plan

                 Trustee's Objection to Plan

    Hearing date(s):    10.12.2016; 04.17.2019


☒ Filing and appearance on a modified Chapter 13 Plan.                                     $300.00
    *05.04.2016; 08.22.2016*

☐ Preparation of Wage Order                                                                                       $100.00


  Preparation and filing of Amendments to Schedules D, E, F, G, H                   $100.00
or List of Creditors

☒ Preparation and filing of other amended schedules                                             $100.00
   *1/f 05.04.2016; 06.14.2016 1/f 03.09.2017 ABC*

☒ Preparation and filing of Application for Retention of Professional              $200.00
   *03.09.2017 / 07.19.2019*

☐ Preparation and filing of Notice of Sale or Settlement of Controversy        $100.00

2

5.     I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: April 28, 2021                         /S/ Dionne L. Wade
                                                             Signature

*rev. 8/1/18*