UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

     JANIT WILLIAMS

Case No: _____16-12298_____

Chapter: _____13_____

Hearing Date:_____

Judge:  Rosemary Gambardella_____

**APPLICATION to EXTEND the CHAPTER 13 PLAN**

Recommended Local Form: ☐ Followed ☒ Modified

I, Dionne L. Wade, Esq., am the attorney for the debtor in this Chapter 13 Bankruptcy matter and

I make this application in support of my request to extend my Chapter 13 Bankruptcy plan to

cover fees associated with my application for compensation.  I am fully familiar with my case

and certify as follows:

1. I filed the Debtor's petition for bankruptcy on: February 9, 2016;

2. This is my first application for compensation made since the Bankruptcy petition was

    filed;

3.  I have advised the Debtor about my application for compensation and it's effect on the
    Chapter 13 Bankruptcy Plan;

4.  In accord with the Chapter 13 Trustee's motion to dismiss, Debtor made one lump sum
    payment in the amount of eight thousand one hundred forty dollars ($8,140.00).  The
    additional lump sum payment represents sixty-two (62) payments under the terms of a
    sixty (60) month Chapter 13 plan. Thus, extending the plan two (2) months
    accommodates the instant application for compensation;

5.  Accordingly, I request the Chapter 13 plan be extended two (2) months to accommodate
    my application for compensation.


Dated:     May 11, 2021                              /S/ Dionne L. Wade
                                                   Dionne L. Wade, Esq.