Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 16−12298−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janit Williams
   211 Lawrence Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−4352

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      6/16/21
Time:     10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Dionne L. Wade, Debtor's Attorney

COMMISSION OR FEES
$5,285.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Debtor's plan is complete. Application seeks to extend the plan by the amount of fees.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 17, 2021
JAN: car

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Janit Williams  
    Debtor

Case No. 16-12298-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 17, 2021      Form ID: 137      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janit Williams, 211 Lawrence Street, Paterson, NJ 07501-1130 |
| aty | | Dionne L. Wade, 1301 Main Street, 2 Floor, Clifton, NJ 07011 |
| 515989559 | + | Bank Of America, NA, 450 American Street, #SV416, Attention: Bankruptcy Department, Simi Valley, CA 93065-6285 |
| 515989560 | + | Capital Acceptance Corp, 2424 Kennedy Street, NE, Minneapolis, MN 55413-2806 |
| 515989563 | | City Of Paterson, City Hall Revenue Collection Division, Paterson, NJ 07505 |
| 515989564 | + | Jefferson Loan Co, Inc, 42 Fairview Terr, #E, Paramus, NJ 07652-2733 |
| 515989566 | + | Out Fast Bail Bonds, 516 Broadway, Paterson, NJ 07514-2835 |
| 516222531 | + | U.S. Bank National Association, as Trustee, succes, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2021 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2021 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515989561 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 17 2021 22:23:32 | Capital One Bank (USA) NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 515989562 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 17 2021 22:22:15 | Chase BP Private Label, P.O. Box 15928, Wilmington, DE 19850 |
| 515989565 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2021 20:49:00 | Long Beach Acceptance Corp, 1 Mack Center Drive, Ste 2, Paramus, NJ 07652 |
| 515989567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2021 20:47:00 | Verizon, P.O. Box 4830, Trenton, NJ 08650-4830 |
| 515989568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2021 20:49:00 | Wells Fargo / The Avenue, P.O. Box 182789, Columbus, OH 43218-2789 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: 137 | Total Noticed: 15 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dionne L. Wade | on behalf of Debtor Janit Williams dionnewade@optonline.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 3