UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JANIT WILLIAMS

Case No: 16-12298

Chapter: 13

Hearing Date: August 18, 2021

Judge: Rosemary Gambardella

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 23, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services as been rendered, and no objections having been raised, it is:

ORDERED that _____ Dionne L. Wade, Esq. _____, the applicant, is allowed a fee if $ __5,285.00__ for services rendered and expenses in the amount of $ ____0____ for a total of $ ___5,285.00___. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ __5,285.00__ per month for _____ month(s) to allow for payment of the above fee.